**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00570-ZLW

VANESSA CUEVAS,

    Applicant,

v.

TRAVIS TRANI, Warden, D.W.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's "Request for Stay of Mandate and Request for Appointment of Counsel" filed on July 13, 2010, is DENIED. With respect to Applicant's request for stay of mandate, it is not clear what relief she is seeking. The request for appointment of counsel is moot because this action was dismissed by order filed on June 10, 2010.

Dated: July 14, 2010